**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**FRANKFORT DIVISION**

|  |  |
|---|---|
| PRAGYA B. GUPTA, M.D.,<br><br>                    Plaintiff,<br><br>v.<br><br>KENTUCKY BOARD OF MEDICAL LICENSURE, *et al.*<br><br>                    Defendants. | Case No. 3:26-cv-00024-GFVT<br><br>*Electronically filed* |

**UNOPPPOSED MOTION FOR LEAVE TO FILE PORTIONS**
**OF STATE COURT RECORD UNDER SEAL**

Defendants Michael S. Rodman, in his individual capacity, Kristin Ann Turner, in her individual capacity, William C. Thornbury, M.D., in his individual capacity, and Dale E. Toney, M.D., in his individual capacity (collectively, "Removing Defendants"), by counsel, state as follows:

1.      On March 30, 2026, the Removing Defendants filed a Notice of Removal removing this action from the Franklin Circuit Court, Civil Action No. 24-CI-01033 (the "State Court Action"). [R. 1].

2.      This case involves underlying administrative proceedings before the Kentucky Board of Medical Licensure ("KBML"). As part of the State Court Action, KBML filed the official record of administrative proceedings in the state court record, which included four sets of documents filed under seal on November 7, 2024.

3.      The Removing Defendants request leave to file those portions of the state court record under seal as Exhibit 3 to their Notice of Removal: Exhibit 3A (Pages 035-058); Exhibit 3B (Pages 153-164); Exhibit 3C (Pages 166-175); and Exhibit 3D (Pages 204-207).

4.      Each page of Exhibit 3 appears to be a medical record containing identifiable healthcare information of a nonparty. Accordingly, each page contains information that is likely protected by certain privileges or confidentiality requirements, including but not limited to 45 C.F.R. § 164.512(e) and other portions of the Health Insurance Portability and Accountability Act of 1996.

5.      Plaintiff has indicated through counsel there is no objection to this Motion.

WHEREFORE, the Removing Defendants respectfully request that the Court enter the attached proposed order granting leave to file Exhibit 3 to their Notice of Removal under seal.

Respectfully submitted,


/s/ Charles M. Rutledge
David Domene
Charles M. Rutledge
Blackburn Domene & Burchett PLLC
614 West Main Street, Suite 3000
Louisville, Kentucky 40202
(502) 584-1600
(502) 584-9971 facsimile
ddomene@bdblawky.com
crutledge@bdblawky.com

*and*

/s/ Nicole A. King
Nicole A. King
Assistant General Counsel
Kentucky Board of Medical Licensure
310 Whittington Parkway, Suite 1B
Louisville, KY 40222
Tel. (502) 429-7150
nicole.bushking@ky.gov
*Counsel for Defendants*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 2, 2026, I electronically filed this document through the CM/ECF system, which will serve notice to all counsel of record.

/s/ Charles M. Rutledge
Charles M. Rutledge